

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00570-CV

**PEVETO COMPANIES, LTD.** d/b/a Brake Check,
Appellant

v.

**FASA FRICTION LABORATORIES, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20405
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant Peveto Companies, Ltd. asserts the trial court signed a judgment in this case on June 10, 2015, Appellant timely filed a motion for new trial on July 2, 2015, and on August 17, 2015, the trial court denied the motion. *See* TEX. R. CIV. P. 306a, 329b. Under these facts, Appellant's notice of appeal was due on September 8, 2015, *see* TEX. R. APP. P. 26.1(a), and a motion for extension of time to file a notice of appeal is due by September 23, 2015, *see id.* R. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

On September 11, 2015, Appellant filed (1) a motion for extension of time to file a notice of appeal and (2) the notice of appeal. *See* TEX. R. APP. P. 26.1. Appellant's motion for extension of time to file the notice of appeal is GRANTED. The notice of appeal is deemed timely filed. *See id.* R. 26.3; *Verburgt*, 959 S.W.2d at 617.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court